UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JERONE MCDOUGALD, | : | Case No. 1:16-cv-317 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| LINNEA MAHLMAN, *et al.*, | : | |
| Defendants. | : | |

DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 108),
OVERRULING PLAINTIFF'S OBJECTIONS (Doc. 109), and
TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 15, 2018, submitted a Report and Recommendation. (Doc. 108). Plaintiff filed objections ("Objections"). (Doc. 109). [1] [2]

---

[1] Plaintiff's Objections contain conclusory arguments that Plaintiff's claims should be allowed to proceed to trial. The Objections do not explain "how the [Magistrate Judge's] analysis is wrong, why it was wrong and how *de novo* review will obtain a different result" on any particular issue. *See Martin v. E.W. Scripps Co.*, No. 1:12-cv-844, 2013 U.S. Dist. LEXIS 155673, at * 5 (S.D. Ohio Oct. 30, 2013). Nor do the Objections point to any affirmative evidence sufficient to create an issue of fact for trial. Accordingly, the Objections are **OVERRULED**.

[2] Also before the Court is Plaintiff's motion for leave to supplement his Objection (Doc. 110). The Court **GRANTS** Plaintiff's motion and considers the filing at Doc. 110 as part of Plaintiff's Objection, which are all resolved here.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** it its entirety.

Accordingly:

1. Plaintiff's motion to supplement his response (Doc. 106) is **GRANTED**;

2. Plaintiff's motion for leave to supplement his Objection (Doc. 110) is **GRANTED**;

3. The Report and Recommendation (Doc. 108) is **ADOPTED**;

4. The Objections (Doc. 109) are **OVERRULED**;

5. Defendants' motion for summary judgment (Doc. 73) is **GRANTED**;

6. Plaintiff's motion to proceed on judgment is **DENIED AS MOOT**; and

7. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/21/18

Timothy S. Black
United States District Judge