# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JERONE MCDOUGALD, | : | Case No. 1:16-cv-317 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| LINNEA MAHLMAN, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 125)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings, and, on February 26, 2019, submitted a Report and Recommendation. (Doc. 125). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 125) is **ADOPTED**.

2. Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc. 117) remains **DENIED**.

3. Plaintiff's motion for an extension of time to submit a certified copy of his trust fund account statement and motion to amend his appeal to add facts pertaining to imminent danger (Doc. 119) is **DENIED**.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

Date: July 29, 2019

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge